157 A.3d 483

COMMONWEALTH of Pennsylvania, Respondent

v.

Douglas Maurice BROCKINGTON, Petitioner

No. 403 MAL 2016

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

**AND NOW,** this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**